■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELMO CRUZ, Appellant. [680 NYS2d 164] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Pitts, J.), rendered December 10, 1997, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Copertino, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN G. CURL, Appellant. [680 NYS2d 164] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered September 26, 1997, convicting him of manslaughter in the first degree, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement authorities.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the hearing court did not err in denying his motion to suppress statements he made to the police as being the "fruit" of an illegal seizure of certain clothing (*see, People v Harris,* 77 NY2d 434; *People v Conyers,* 68 NY2d 982; *People v Salami,* 197 AD2d 715; *People v Gluckowski,* 174 AD2d 752). Bracken, J. P., Miller, Ritter and Thompson, JJ., concur.